NEELEMAN LAW GROUP
1904 Wetmore Ave., Suite 200
Everett, WA 98201
Telephone: (425) 212-4800
Facsimile: (425) 212-4802

The Honorable Marc Barreca
Chapter 13 Proceeding
Location: Marysville
Hearing Date: July 22, 2015
Hearing Time: 9:00 a.m.
Response Date: July 15, 2015

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

In re:

MARY JANE PENMAN,

        Debtor(s).

Case No.: 15-11968

MOTION TO CONFIRM AMENDED PLAN DATED 6/17/15 AND NOTICE OF HEARING ON MOTION

## NOTICE

TO: The Clerk of the Above-Entitled Court

AND TO: All creditors and the Chapter 13 Trustee

    YOU ARE HEREBY NOTIFIED that a hearing on the debtor's Motion to Confirm Amended Plan will be heard before The Honorable Marc Barreca on July 22, 2015 at 9:00 a.m. at the Marysville Municipal Court, Courtroom 1, 1015 State Avenue, Marysville, WA 98270.

    If you choose to respond to this motion, you must do so by July 15, 2015 by filing a response with the Court and serving a copy of your response on debtor's counsel. If you fail to do so, the Court may enter an order granting the motion without any hearing and without any further notice to you.

Motion to Confirm

1904 Wetmore Ave., Suite 200
Everett, WA 98201
P 425.212.4800 || F 425.212.4802

**Neeleman Law Group**

## MOTION

COMES NOW the debtor, Mary Jane Penman, by and through his attorney, Thomas D. Neeleman, and moves this Court for an Order confirming the amended plan. The proposed plan and proposed Order are attached as exhibits.

Dated this 19th day of June, 2015.

*/s/ Thomas D. Neeleman*
Thomas D. Neeleman
Attorney for Debtor(s)

Motion to Confirm

1904 Wetmore Ave., Suite 200
Everett, WA 98201
P 425.212.4800 || F 425.212.4802

**Neeleman Law Group**