Entered on Docket June 22, 2015

**Below is the Order of the Court.**



Karen A. Overstreet
U.S. Bankruptcy Judge
(Dated as of Entered on Docket date above)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In Re: | Chapter 13 No. 15-11968 |
| MARY JANE PENMAN, | |
| Debtor. | STIPULATION AND AGREED ORDER RE PRE-CONFIRMATION AND ADEQUATE PROTECTION PAYMENTS |

COMES NOW, Washington Federal, by and through its attorney-of-record David R. Riley and Weinstein & Riley, P.S. and Debtor, Mary Jane Penman, by and through her attorney of record Thomas D. Neeleman and Neeleman Law Group and stipulate and agree that the Chapter 13 Trustee is authorized to make immediate pre-confirmation adequate protection payments in the amount of $1,585.00 for June, 2015, $1,585.00 for July, 2015 and $1,585.00 in each succeeding month through the date of confirmation of the Chapter 13 Plan.

STIPULATION AND AGREED ORDER RE PRE-
CONFIRMATION AND ADEQUATE PROTECTION
PAYMENTS – 1

WEINSTEIN & RILEY, P.S.
2001 Western Avenue, Suite 400
Seattle, Washington 98121
Telephone: (206) 269-3490
Facsimile: (206) 269-3493

Case 15-11968-MLB    Doc 29    Filed 06/22/15    Ent. 06/22/15 11:48:31    Pg. 1 of 2

DATED this 18TH day of June 2015.

WEINSTEIN & RILEY, P.S.                    NEELEMAN LAW GROUP

By: _____                 By: _____
David R. Riley, WSBA#12057                 Thomas D. Neeleman, WSBA #33980
Attorneys for Washington Federal           Attorneys for Mary Jane Penman

## AGREED ORDER

Pursuant to the foregoing stipulation it is hereby, ORDERED:

That the Chapter 13 Trustee is authorized to make immediate pre-confirmation adequate protection payments to Washington Federal in the amount of $1,585.00 for June 2015, $1585.00 for July 2015 and $1,585.00 for each succeeding month through the date of confirmation of the Chapter 13 Plan.

///END OF ORDER//

Presented By:

WEINSTEIN & RILEY, P.S.                    NEELEMAN LAW GROUP

By: _____                 By: _____
David R. Riley, WSBA#12057                 Thomas D. Neeleman, WSBA #33980
Attorneys for Washington Federal           Attorneys for Mary Jane Penman

STIPULATION AND AGREED ORDER RE PRE-CONFIRMATION AND ADEQUATE PROTECTION PAYMENTS – 2

WEINSTEIN & RILEY, P.S.
2001 Western Avenue, Suite 400
Seattle, Washington 98121
Telephone: (206) 269-3490
Facsimile: (206) 269-3493

Case 15-11968-MLB    Doc 29    Filed 06/22/15    Ent. 06/22/15 11:48:31    Pg. 2 of 2